**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MAY PATENTS LTD.,<br><br>Plaintiff,<br>v.<br><br>LEGO A/S,<br>LEGO System A/S,<br>LEGO Holding A/S,<br>LEGO Systems, Inc., and<br>LEGO Brand Retail, Inc.<br><br>Defendants. | Case No.: 4:26-cv-1276<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, May Patents Ltd. ("May Patents") brings this action under the patent laws of the United States, Title 35 of the United States Code, and makes the following allegations against LEGO A/S ("LAS"), LEGO System A/S ("LSAS"), LEGO Holding A/S ("LHAS"), LEGO Systems, Inc. ("LSI"), and LEGO Brand Retail, Inc. ("LBRI")(collectively, "LEGO Group" or "Defendants"):

**THE PARTIES**

1. Plaintiff May Patents is an Israeli company having a principal place of business at 4 Hamlacha Street, Ra'annana, ISRAEL.

2. Upon information and belief, Defendant LAS is a foreign corporation organized under the laws of Denmark, with a principal place of business located at Aastvej 1, Kd-7190, Billund, Denmark. Upon information and belief, LAS holds at least one patent that appears related to products at issue in this case–U.S. Patent No. 11,845,014.

3. Upon information and belief, Defendant LSAS is a foreign corporation organized under the laws of Denmark, with a principal place of business located at Aastvej 1, Kd-7190, Billund, Denmark. Upon information and belief, LSAS has registered with the Texas Secretary of State to conduct business in Texas, and its registered agent in Texas is Corporation Service Company, d/b/a CSC – Lawyers Incorporating Service Company, at the address 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. Upon information and belief, LSAS operates, is responsible for, or is somehow involved in the operation of the lego.com website, on which products at issue in this case are available for sale, as evidenced by its reference in the footer of the website.

4. Upon information and belief, Defendant LHAS is a foreign corporation organized under the laws of Denmark, with a principal place of business located at Koldingvej 2, Dk-7190, Billund, Denmark. Upon information and belief, LHAS holds at least one trademark application related to products at issue in this case—U.S Trademark Application Serial Number 99/541,880 for the mark "Smart Play." Upon information and belief, LHAS operates, is responsible for, or is somehow involved in the operation of the lego.com website, on which products at issue in this case are available for sale, as evidenced by the WHOIS registration for the lego.com domain.

5. Defendant LSI is a Delaware corporation with a principal place of business at 555 Taylor Road, Enfield, Connecticut 06082. Upon information and belief, LSI has registered with the Texas Secretary of State to conduct business in Texas, and its registered agent in Texas is Corporation Service Company, d/b/a CSC – Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. Upon information and belief, LSI is a subsidiary of LAS. Upon information and belief, LSI is the buyer and/or consignee of record for shipments of accused products imported into the United States, including shipments received at a distribution facility in Fort Worth, Texas serviced by third-party logistics provider Exel, and LSI thereby

imports, or causes to be imported, accused products into the United States. Upon information and belief, LSI is involved in, and/or profits from, the manufacture, marketing, distribution, and/or sale of accused products in the United States, including in this Judicial District, in coordination with one or more of the other LEGO Group entities identified herein.

6. Upon information and belief, Defendant LBRI is a corporation organized under the laws of Delaware, with a regular and established place of business located at 2601 Preston Road, Suite 1222, Frisco, Texas 75034. Upon information and belief, LBRI has registered with the Texas Secretary of State to conduct business in Texas, and its registered agent in Texas is Corporation Service Company, d/b/a CSC – Lawyers Incorporating Service Company, at the address 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218. Upon information and belief, LBRI owns, operates, is involved in, or profits from the activities of Lego stores located in the United States, including in this Judicial District. Upon information and belief, products at issue in this case are sold from these Lego stores.

7. LAS, LHAS, LSAS, LSI, and LBRI are jointly and severally referred to in this Complaint as “LEGO Group.”

8. Upon information and belief, LAS, LHAS, LSAS, LSI, and LBRI do not act independently of one another with respect to the accused product, but instead function as a single, coordinated commercial enterprise for the design, development, manufacture, marketing, licensing, distribution, offer for sale, sale, and importation of the accused products around the world and for the United States market, including in this Judicial District, as reflected at least in the respective roles alleged in Paragraphs 2 through 7 above. Upon information and belief, each of LAS, LHAS, LSAS, LSI, and LBRI participates in, directs, controls, authorizes, funds, and/or otherwise contributes to that enterprise, and each derives revenue or other benefit from the sale of

the accused products in the United States, including in this Judicial District. The precise division of responsibility among the LEGO Group entities is known principally to Defendants and is expected to be clarified through discovery.

**JURISDICTION AND VENUE**

9. This is an action for patent infringement under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq*.

10. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

11. This Court has personal jurisdiction over LEGO Group because they, directly or through subsidiaries, divisions, groups, or distributors, have sufficient minimum contacts with this forum as a result of business conducted within the State of Texas. On information and belief, the LEGO Group transacts substantial business in the State of Texas, directly or through intermediaries, including: (i) at least a portion of the infringement alleged herein, and (ii) regularly do or solicit business in Texas, engage in other persistent courses of conduct, maintains continuous and systematic contacts within this Judicial District, purposefully avail themselves of the privilege of doing business in Texas, and/or derive substantial revenue from goods provided to individuals in Texas. For example, upon information and belief, the LEGO Group sells accused products to customers in Texas through the Lego Group website (https://www.lego.com/en-us/smart-play/all-sets) as well as Lego stores located in Texas and this Judicial District, including the store at 2601 Preston Road, Suite 1222, Frisco, Texas 75034.

12. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) at least because, upon information and belief, at least one of the Lego Group entities—LBRI—has a regular and established place of business in this Judicial District in Texas at 2601 Preston Road,

Suite 1222, Frisco, Texas 75034. Upon information and belief, venue is proper in this Court for LAS, LHAS and LSAS, each of which is a foreign entity.

**FACTUAL ALLEGATIONS**

13. Yehuda Binder is the sole inventor of a number of patents, including U.S. Patent Nos. 11,192,002 (Ex. A, the "'002 Patent"), 12,095,277 (Ex. B, the "'277 Patent"), and 12,288,992 (Ex. C, the "'992 Patent"), (collectively the "Asserted Patents").

14. Yehuda Binder owns and manages May Patents, which was founded in 2010 for the purposes of inventing, developing, manufacturing, and commercializing inventions, including the Asserted Patents. During the period from 2010 to 2011, May Patents focused on building prototypes of toys consisting of a set of devices connected in a series including its prototypes "Connected Toys" and "Musical Bricks," wherein the sequence of the connected devices determined a sequence of operations conducted by the toy. https://www.youtube.com/watch?v=dCeMrjz6G0w&t=20s and https://www.youtube.com/watch?v=x9-IfMNOeTs&t=37s.

15. Mr. Binder filed U.S. patent provisional application number 61/467,615 on March 25, 2011 titled "System and Method for a Motion Sensing Device," followed by U.S. patent application number 13/427,150 filed on March 22, 2012. Each of the Asserted Patents share a common specification and claim priority to U.S. application number 13/427,150 and U.S. provisional 61/427,150 via continuation and/or divisional applications.

16. As described in the field of invention for the shared specification, "the present invention relates generally to an apparatus and method including a motion sensing and an annunciator responding to the sensed motion, and more particularly, to a toy or any other amusing

device including a motion sensor and an annunciator." Ex. A at 1:6-10. As explained by Mr. Binder in the Background of the Invention:

> [I]t would be an advancement in the art to provide a method and system that is simple, cost-effective, faithful, reliable, has a minimum part count, minimum hardware, or uses existing and available components for providing additional amusement, education, entertainment and a better user experience relating to a device such as a ball game, toy and the like, preferably without departing from the conventional 'look and feel' of a common toy or ball. Further, it would be advantageous if such a toy or ball provides added educational value and stimulus for playing, adding to the user experience more curiosity and excitement, as well as added pleasure and amusement and making the toy more versatile and attractive to play with, while being easy to construct and manufacture, robust and consistent in aesthetic appearance and function, and preferably without significantly departing from the conventional 'look and feel' of such a toy or a ball.
>
> Ex. A at 2:1-18.

17. The shared specification of the Asserted Patents discloses a device for signaling in response to a sensed motion." Ex. A at 2:22-23. "The device may be housed in a single enclosure, and may include an accelerometer for sensing the device acceleration… ." Ex. A at 2:23-25. For example, the accelerometer may be piezoelectric, piezoresistive, capacitive, MEMS or electromechanical switch accelerometer, measuring the magnitude and the direction the device acceleration in a single-axis, 2-axis or 3-axis (onmidirectional). Ex. A at 2:59-63.

18. The shared specification discloses that the device may including one or more annunciators, which may be a visual and/or audible component, and that the "visual signaling component" may contain "a visible light emitter based on a semiconductor device (e.g. LED–Light Emitting Diode), an incandescent lamp or a fluorescent lamp." Ex. A at 2:64-3:4. Further, the visual display can be used to indicate information such as, for example, using different colors or intensity levels:

> [A]ny type of visible electric light emitter such as a flashlight, an incandescent lamp and compact fluorescent lamps can be used. Multiple light emitters may be used, and the illumination may be steady, blinking or flashing, either independently or under the control of the control block **12.** Further, the illumination can be directed

> for lighting a surface, such as a surface including an image or a picture. Further, a single single-state visual indicator may be used to provide multiple indications, for example by using different colors (of the same visual indicator), different intensity levels, variable duty-cycle and so forth.
>
> Ex. A at 9:5-17.

19. The shared specification further discloses that the "device may be powered or charged contactlessly using induction. In this case, the device further includes an induction coil for wirelessly receiving AC power and charging the rechargeable battery when the device is put in an electromagnetic field." Ex. A at 2:54-58. *See also* Ex. A at Fig. 8A.




**FIG. 8a**

20. Following the marketing of its Smart Play™ products, including SMART Bricks, SMART Tags and SMART Minifigures, the LEGO Group offered Smart Play™ sets for sale in the U.S. including in Texas starting around March 2026. Smart Play™ toys include various "All-

In-One" sets featuring each of the SMART components including a SMART Brick and SMART Charger, as well as compatible sets that feature SMART Tags and/or SMART Minifigures that are compatible and operate with SMART Bricks. Smart Play™ "All-In-One" sets include, but are not limited to: "Luke's Red Five X-Wing™," "Throne Room Duel & A-Wing™," "Darth Vader's TIE Fighter™", "Training House with Pikachu™" and "Charizard vs. Jolteon Ultimate Battle™". Smart Play™ "Compatible" sets include, but are not limited to: "Millenium Falcon™," "Luke's Landspeeder™," "AT-ST™ Attack on Endor" "Mos Eisley Cantina™," "Yoda's Hut and Jedi Training.", "Mewtwo's Lab Break", "Umbreon vs. Garchomp Championship Battle", "Berry Bash with Bulbasaur and Bidoof", "Eevee and Lapras's Treasure Hunt", "Cubone and Gengar's Spooky Showdown", "Charmander and Geodude's Cavern Clash", "Drone Search for Mythical Mew", "Trainer's Buggy Adventure with Squirtle", "Jigglypuff Concert", and "Sprigatito, Fuecoco and Quaxly Battle". Smart Play™ "All-In-One" and "Compatible" sets will be referred to collectively as "Smart Play™ Products".

> There are two types of SMART Play sets: All-In-One and Compatible.
>
> As you might expect, All-In-One sets have everything you need to get fully started – including, most crucially, the SMART Brick.
>
> SMART Play Compatible sets are packed full of fun LEGO building play, and also include SMART Tags and often SMART Minifigures. These activate new interactive play features when you add a SMART Brick from an All-In-One set.
>
> Both types of sets feature the same great building experience you'll find in every LEGO set. Which means you can help join your kid in the building fun! Especially when you use our nifty LEGO Builder app, which has a Build Together feature to allow for easy co-creation!

https://www.lego.com/en-us/smart-play/article/play-together

21. As explained by the LEGO Group, the Smart Play™ system was developed to create a more interactive toy that remained true to the traditional look and feel of conventional LEGO bricks.

> About a decade ago, we put our heads together to come up with a whole new dimension of LEGO play. No pressure, then. Back in 2017, we carried out a lot of research which revealed to us how kids were searching for a new way to physically play with their toys, in three key ways.
>
> Firstly, kids wanted a toy that could allow them to play with their friends.
>
> Secondly, it was important that their actions mattered and that the play responded to them.
>
> And thirdly, kids wanted an experience that evolved over time to how they played.
>
> To meet these needs, we needed a team that was ready to take what already made LEGO play great and then pioneer new innovations to take it into a new dimension.

…

> We wanted LEGO brick-built creations to come alive, reacting precisely to the way they were being interacted with. To have enough intelligence to recognize different characters around them and to truly play back. This was unknown territory for toys.

…

> For this project to be a success, we needed to be sure it could add new types of play very broadly, while staying true to the LEGO System in Play. Hey, we make bricks! So that's what we decided to do.
>
> But to work out which functions the new bricks should have, we tried adding interactivity to... erm... pretty much every product you could name in the LEGO portfolio. Extending existing play patterns. Experimenting with new ones. This phase of exploration and discovery took months of back-and-forth between the play design team and our engineers.

…

## Balancing the tech

One thing we realized from all this prototyping was that we had to make the tech feel invisible to allow the focus to remain on true LEGO play. So, we had a problem.



We had to make something that contained enough technology to come alive and play back... but without feeling so -tech heavy' that it might dominate the experience and limit kids' creativity. Today, you can see the benefits of us hiding the tech, every time a kid plays with a LEGO SMART Brick.

It feels genuinely magical to pick up a (seemingly) normal brick or LEGO minifigure and have it react spontaneously, dynamically and accurately to the way you play. All without seeing any pixels, cameras or much visible tech at all. But at the time? The question was more like, "How on earth are we going to fit all this into a 2×4 brick?!?!"

https://www.lego.com/en-us/smart-play/article/innovation

22. LEGO Group touts its Smart Play™ system as comprising the interactive components of a SMART Brick, SMART Charger, SMART Minifigure and SMART Tag.




https://www.lego.com/en-us/product/smart-play-darth-vaders-tie-fighter-75421







https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play



The LEGO SMART Play system is made up of 3 key elements:

- The SMART Brick. This 2×4 LEGO brick is crammed with tech that responds to taps, twists and more! It also recognizes nearby SMART Tags and SMART Minifigures to bring play to life.
- SMART Tags. These clever little tiles tell the SMART Brick what object to 'become' and how to behave. Will it make the SMART Brick sound like a car? A duck? A... toilet?
- SMART Minifigures. SMART Bricks play unique sounds, moods and reactions for every SMART Minifigure they encounter. You'll soon discover the different personalities of each SMART Minifigure!

https://www.lego.com/en-us/smart-play/article/play-together



The amazing thing about the SMART Brick is that it plays back with you, responding to your every move with dynamic lights, sounds, behaviors and so much more! What does this mean for the stories you tell during playtime? Well, they're going to get a whole lot more immersive and exciting!

Think of the SMART Brick as just another participant in the play. One who is VERY good at making helicopter sounds and who can reveal the personalities of SMART Minifigures.

https://www.lego.com/en-us/smart-play/article/play-together

23. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises an accelerometer for producing an output signal responsive to an acceleration.




https://www.lego.com/en-us/smart-play/getting-started







https://www.lego.com/en-us/smart-play

The SMART Brick also reacts uniquely depending on how it's moved, twisted and turned. So we're talking about a potentially limitless number of sounds it can make. Individual sounds usually require individual soundtracks. But we went in a different direction.

https://www.lego.com/en-us/smart-play/article/innovation

The LEGO SMART Brick is packed with technologies that bring play to life including sensors, accelerometers, light sensing and a sound sensor as well as a miniature speaker driven by an onboard synthesiser, and much more, in addition to easy wireless charging.

https://www.lego.com/en-us/aboutus/news/2026/december/lego-smart-play-announcement




https://www.youtube.com/watch?v=VcAytfrHL20 at around 0:57






https://www.youtube.com/watch?v=VcAytfrHL20 at around 8:41-8:47

24. Upon information and belief, the SMART Brick of the Smart Play™ Products includes a sensor having a sensor output that produces an output signal responsive to a physical phenomenon.







https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play



The LEGO SMART Play system is made up of 3 key elements:

- The SMART Brick. This 2×4 LEGO brick is crammed with tech that responds to taps, twists and more! It also recognizes nearby SMART Tags and SMART Minifigures to bring play to life.
- SMART Tags. These clever little tiles tell the SMART Brick what object to 'become' and how to behave. Will it make the SMART Brick sound like a car? A duck? A... toilet?
- SMART Minifigures. SMART Bricks play unique sounds, moods and reactions for every SMART Minifigure they encounter. You'll soon discover the different personalities of each SMART Minifigure!

https://www.lego.com/en-us/smart-play/article/play-together



The amazing thing about the SMART Brick is that it plays back with you, responding to your every move with dynamic lights, sounds, behaviors and so much more! What does this mean for the stories you tell during playtime? Well, they're going to get a whole lot more immersive and exciting!

Think of the SMART Brick as just another participant in the play. One who is VERY good at making helicopter sounds and who can reveal the personalities of SMART Minifigures.

https://www.lego.com/en-us/smart-play/article/play-together



https://www.youtube.com/watch?v=VcAytfrHL20 at around 1:00







https://www.youtube.com/watch?v=VcAytfrHL20 at around 8:35-8:41

25. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises a display for visually displaying information to a person, wherein the information displayed is in response to the output signal from the accelerometer. In addition, upon information and belief, the SMART Brick also comprises an audible signaling component for emitting an audible sound, wherein the audible sound is emitted in response to the output signal from the accelerometer. Upon information and belief, the SMART Brick audible signaling component can also emit an audible sound in response to the output signal from the accelerometer and to the output

signal from the sensor. For example, different lights and sounds are displayed in response to the output signal, including for example a dinging sound when the SMART Brick is shaken and the SMART Brick's use of a red light in the last image when the toy is turned upside down.







https://www.lego.com/en-us/smart-play







https://www.lego.com/en-us/smart-play




https://www.youtube.com/watch?v=VcAytfrHL20 at about 2:51

## The sounds of play

One of the most exciting features of the SMART Brick are the sounds it makes. Different SMART Minifigures have different moods and reactions that are heard through the SMART Brick. The SMART Tags tell the SMART Brick how to mimic the sounds of different vehicles, spaceships, animals, characters and effects.

The SMART Brick also reacts uniquely depending on how it's moved, twisted and turned. So we're talking about a potentially limitless number of sounds it can make. Individual sounds usually require individual soundtracks. But we went in a different direction.

By breaking down just a few sounds to their most basic principles, you can actually carefully adjust their frequencies and amplitude to create drastically different end results.

So, you might hear our SMART Brick roaring like a jet plane or flushing like a toilet... but never realise they use the same core sounds. It's what we call a synthetic soundscape – and it means there's no limit to the types of sounds a SMART Brick can make. Which is helpful for us when it comes to making any future LEGO SMART Play sets...

https://www.lego.com/en-us/smart-play/article/innovation




https://www.youtube.com/watch?v=VcAytfrHL20 at around 1:02

26. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises a wireless receiver for receiving a wireless RF signal carried over a wireless network. For example, upon information and belief, the SMART Brick comprises a wireless receiver for receiving a wireless RF signal over a wireless network from a SMART Minifigure, SMART Tag,

SMART charger, and/or smart phone. Upon information and belief, the SMART Brick of the Smart Play™ Products can display data received by the wireless receiver.

We then realized that coil could also be used to detect SMART Tags. And if we used multiple coils, the SMART Brick would know which tag was closest to which coil. This might sound simple enough, but what our Innovation team had managed to do here was pretty seismic. They'd managed to invent an entire positioning system... from the ground up.

Each SMART Brick now knew precisely where every other nearby SMART Brick, SMART Tag and SMART Minifigure was in relation to itself. This meant they could react to each other's presence, and know what position it was facing, whether it was being twisted, swung, thrown... anything!



https://www.lego.com/en-us/smart-play/article/innovation







https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play




https://www.lego.com/en-us/smart-play/getting-started



*The play system communicates via Bluetooth and magnetic fields and is powered by the Brick*

https://www.dezeen.com/2026/01/05/lego-smart-play-brick-ces-2026/



https://www.lego.com/en-us/smart-play/app-video







coils to energize other objects through reverse
wireless charging. Then, the smart tags or smart


minifigures have enough power inside of them from
that magnetic field to power BrickNet. BrickNet is


the low-energy Bluetooth mesh network—not
to be confused, of course, with Skynet.

https://www.youtube.com/watch?v=VcAytfrHL20 at about 7:14-7:38







https://www.youtube.com/watch?v=VcAytfrHL20 at about 9:41-9:43

27. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises software and a processor for executing the software, the processor coupled to the wireless receiver for receiving data, to the accelerometer for receiving the output signal, and to the display for providing the information to be displayed. Upon information and belief, the processor of the SMART Brick executes software that controls the display and the audible signaling component in response to an output signal from the accelerometer and to a second signal from a sensor; and a rechargeable battery charging the processor, the sensor, the display, and the wireless receiver.

## Chip in

The benefit of knowing that we were trying to do something that has never been done before... is that we knew it had never been done before. So, when making the chip – the brain of the SMART Brick – we had to make the boldest decision possible.

Often with new tech, you rely on existing chips. We knew that an existing chip would save us a lot of time and money. We also knew it wouldn't be the right call. Instead, we set about creating a bespoke, silicon ASIC chip. These were smaller than just one standard LEGO stud and highly specialized to the tasks required for the LEGO SMART Play experience.

https://www.lego.com/en-us/smart-play/article/innovation




https://www.lego.com/en-us/smart-play/app-video

The LEGO SMART Brick is packed with technologies that bring play to life including sensors, accelerometers, light sensing and a sound sensor as well as a miniature speaker driven by an onboard synthesiser, and much more, in addition to easy wireless charging.

https://www.lego.com/en-us/aboutus/news/2026/december/lego-smart-play-announcement







https://www.lego.com/en-us/smart-play







https://www.lego.com/en-us/smart-play







https://www.youtube.com/watch?v=VcAytfrHL20 at about 8:00-8:08







https://www.youtube.com/watch?v=VcAytfrHL20 at around 8:41-8:47

28. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises a rechargeable battery for powering the device, which charges the processor, the sensor, the display, and the wireless receiver. Upon information and belief, the SMART Brick of the Smart Play™ Products comprises an enclosure housing the rechargeable battery, the processor, the accelerometer, the audible signaling component, and the display. As shown below, the SMART Brick's enclosure is portable allowing it to be placed on the SMART charger for charging.



For example, to charge the bricks, we needed to avoid wires, partially to keep the size down. So instead of plugging in, the SMART Bricks charge through a coil – like the one in your electric toothbrush.

https://www.lego.com/en-us/smart-play/article/innovation




https://www.lego.com/en-us/smart-play/getting-started




https://www.youtube.com/watch?v=VcAytfrHL20 at about 8:31




https://www.youtube.com/watch?v=VcAytfrHL20 at about 9:14

29. LEGO Group touts a SMART charger as part of the Smart Play™ Products. Upon information and belief, the SMART Charger charges the SMART Brick via induction-based contactless charging of the rechargeable battery, wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field, and for charging the rechargeable battery from the received AC power. For example, as explained by LEGO Group on its website, "the SMART Bricks charge through a coil – like the one in your electric toothbrush." https://www.lego.com/en-us/smart-play/article/innovation.



For example, to charge the bricks, we needed to avoid wires, partially to keep the size down. So instead of plugging in, the SMART Bricks charge through a coil – like the one in your electric toothbrush.

https://www.lego.com/en-us/smart-play/article/innovation







https://www.youtube.com/watch?v=VcAytfrHL20 at about 7:11-7:14

30. On February 8, 2026, Ms. Lillian Safran Shaked, counsel for Mr. Binder and May Patents ("May Patents Counsel") sent a letter ("Letter") to Defendants, by addressing the letter to LSAS and LSI, notifying Defendants of the Asserted Patents and relevance of specific claims to the Smart Play™ Products. Exhibit D. The Letter specifically requested an opportunity to enter

into constructive discussions regarding a mutually acceptable patent license agreement. A representative of LEGO Group acknowledged receipt of the Letter on February 27, 2026.

31. The LEGO store at Stonebriar Center, located at 2601 Preston Rd., Suite 1222, Frisco, Texas 75034 has sold and sells the accused products. For example, it sold a Star Wars Smart Play™ LEGO set on September 8, 2026. Exhibit E.

**COUNT I**
(Infringement of the ’002 Patent)

32. May Patents repeats and re-alleges the allegations contained in the other paragraphs of this Complaint as if fully set forth herein.

33. The ’002 Patent entitled “Device for Displaying in Response to a Sensed Motion” was duly and legally issued by the U.S. Patent and Trademark Office on December 7, 2021 from Application No. 16/735,048 filed on January 6, 2020, claiming priority to provisional applications 61/467,615 filed on March 25, 2011 and patent application 14/301,544. A true and accurate copy of the ’002 Patent is attached hereto as Exhibit A.

34. Each and every claim of the ’002 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

35. May Patents exclusively owns all rights, title, and interest in and to the ’002 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

36. Representative claim 1 of the ’002 Patent recites:

> Claim 1. A device comprising :
> an accelerometer for producing an output signal responsive to an acceleration;
> a display for visually displaying information to a person;
> a wireless receiver for receiving a wireless RF signal carried over a wireless network;
> software and a processor for executing the software, the processor coupled to the wireless receiver for receiving data, to the accelerometer for receiving

the output signal, and to the display for providing the information to be displayed;
a rechargeable battery for powering the device;
a battery charger connected for induction-based contactless charging of the rechargeable battery; and
an enclosure housing the rechargeable battery, the processor, the accelerometer, and the display,
wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field, and for charging the rechargeable battery from the received AC power, and
wherein the information displayed is in response to the output signal.

37. As described above, Smart Play™ Products include or operate with a SMART Brick that comprises an accelerometer for producing an output signal responsive to an acceleration; a display for visually displaying information to a person; a wireless receiver for receiving a wireless RF signal carried over a wireless network; software and a processor for executing the software, the processor coupled to the wireless receiver for receiving data, to the accelerometer for receiving the output signal, and to the display for providing the information to be displayed; a rechargeable battery for powering the device; and an enclosure housing the rechargeable battery, the processor, the accelerometer, and the display, wherein the information displayed is in response to the output signal. In addition, Smart Play™ Products include a SMART charger that is a battery charger connected for induction-based contact-less charging of the rechargeable battery, wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field, and for charging the rechargeable battery from the received AC power.

38. LEGO Group has been and is now directly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’002 Patent, by making, using, selling and/or offering to sell the Smart Play™ Products in the United States or importing the Smart Play™ Products into the United States without authority and/or license from

May Patents and is liable to May Patents under 35 U.S.C. § 271(a). In addition, LEGO Group has been aware of the ’002 Patent since before the release of the Smart Play™ Products in the United States and is now indirectly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’002 Patent, by inducing its U.S. customers to infringe these claims.

39. As a result of LEGO Group’s infringement of the ’002 Patent, May Patents has suffered and continues to suffer damages. Thus, May Patents is entitled to recover from LEGO Group the damages May Patents sustained as a result of LEGO Group’s wrongful and infringing acts in an amount no less than a reasonable royalty, together with interest and costs fixed by this Court under 35 U.S.C. § 284.

40. LEGO Group has had actual notice of the ’002 Patent since at least February 8, 2026, and has known of its infringement, including by way of communications on and since February 8, 2026 and this lawsuit.

41. LEGO Group’s infringement of the ’002 Patent was, is, and continues to be deliberate and wilful because LEGO Group was and is on notice of the ’002 Patent and how the Smart Play™ Products infringe at least claim 1 of the ‘002 Patent, yet it continued and continues to infringe the ’002 Patent.

**COUNT II**

(Infringement of the ’277 Patent)

42. May Patents repeats and re-alleges the allegations contained in the other paragraphs of this Complaint as if fully set forth herein.

43. The ’277 Patent entitled “Device for Displaying in Response to a Sensed Motion” was duly and legally issued by the U.S. Patent and Trademark Office on September 17, 2024 from Application No. 17/478,923 filed on September 19, 2021, claiming priority to provisional

applications 61/467,615 filed on March 25, 2011 and patent application 14/301,544. A true and accurate copy of the ’277 Patent is attached hereto as Exhibit B.

44. Each and every claim of the ’277 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

45. May Patents exclusively owns all rights, title, and interest in and to the ’277 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

46. Representative claim 1 of the ’277 Patent recites:

> Claim 1. A device comprising :
> an accelerometer for producing an output signal responsive to an acceleration;
> a display for visually displaying information to a person;
> an audible signaling component for emitting an audible sound;
> a wireless receiver for receiving a wireless RF signal carried over a wireless network;
> software and a processor for executing the software, the processor coupled to the wireless receiver for receiving data, to the accelerometer for receiving the output signal, and to the display for providing the information to be displayed;
> a rechargeable battery for powering the device;
> a battery charger connected for induction-based contactless charging of the rechargeable battery; and
> a portable enclosure housing the rechargeable battery, the processor, the accelerometer, the audible signaling component, and the display,
> wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field, and for charging the rechargeable battery from the received AC power, and
> wherein the audible sound is emitted in response to the output signal.

47. As described above, Smart Play™ Products include or operate with a SMART Brick that comprises an accelerometer for producing an output signal responsive to an acceleration; a display for visually displaying information to a person; a wireless receiver for receiving a wireless RF signal carried over a wireless network; an audible signaling component for emitting an audible sound; software and a processor for executing the software, the processor coupled to

the wireless receiver for receiving data, to the accelerometer for receiving the output signal, and to the display for providing the information to be displayed; a rechargeable battery for powering the device; and a portable enclosure housing the rechargeable battery, the processor, the accelerometer, the audible signaling component, and the display, wherein the audible sound is emitted in response to the output signal. In addition, Smart Play™ Products include a SMART charger that is a battery charger connected for induction-based contact-less charging of the rechargeable battery, wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field, and for charging the rechargeable battery from the received AC power.

48. LEGO Group has been and is now directly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’277 Patent, by making, using, selling and/or offering to sell the Smart Play™ Products in the United States or importing the Smart Play™ Products into the United States without authority and/or license from May Patents and is liable to May Patents under 35 U.S.C. § 271(a). In addition, LEGO Group has been aware of the ’277 Patent since before the release of the Smart Play™ Products in the United States and is now indirectly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’277 Patent, by inducing its U.S. customers to infringe these claims.

49. As a result of LEGO Group’s infringement of the ’277 Patent, May Patents has suffered and continues to suffer damages. Thus, May Patents is entitled to recover from LEGO Group the damages May Patents sustained as a result of LEGO Group’s wrongful and infringing acts in an amount no less than a reasonable royalty, together with interest and costs fixed by this Court under 35 U.S.C. § 284.

50. LEGO Group has had actual notice of the ’277 Patent since at least February 8, 2026, and has known of its infringement, including by way of communications on and since February 8, 2026 and this lawsuit.

51. LEGO Group’s infringement of the ’277 Patent was, is, and continues to be deliberate and wilful because LEGO Group was and is on notice of the ’277 Patent and how the Smart Play™ Products infringe at least claim 1 of the ’277 Patent, yet it continued and continues to infringe the ’277 Patent.

**COUNT III**
(Infringement of the ’992 Patent)

52. May Patents repeats and re-alleges the allegations contained in the other paragraphs of this Complaint as if fully set forth herein.

53. The ’992 Patent entitled “Device for Displaying in Response to a Sensed Motion” was duly and legally issued by the U.S. Patent and Trademark Office on April 29, 2025 from Application No. 17/478,924 filed on September 19, 2021, claiming priority to provisional applications 61/467,615 filed on March 25, 2011 and patent application 14/301,544. A true and accurate copy of the ’992 Patent is attached hereto as Exhibit C.

54. Each and every claim of the ’992 Patent is valid and enforceable, and each enjoys a statutory presumption of validity under 35 U.S.C. § 282.

55. May Patents exclusively owns all rights, title, and interest in and to the ’992 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

56. Representative claim 1 of the ’992 Patent recites:

> Claim 1. A method for use by a device in a portable enclosure, the method comprising:

producing, by an accelerometer in the portable enclosure, a first output signal responsive to an acceleration;
producing, by a sensor having a sensor output, a second output signal responsive to a physical phenomenon;
visually displaying, by a display in the portable enclosure, information to a person;
emitting, by an audible signaling component in the portable enclosure, an audible sound in response to the output signal and to the second output signal;
receiving, by a wireless receiver in the portable enclosure, data via a wireless RF signal carried over a wireless network;
displaying, by the display, the received data;
controlling, by a processor in the portable enclosure that executes software, the display and the audible signaling component in response to the first output signal and to the second output signal;
powering, by a rechargeable battery in the portable enclosure, the processor, the sensor, the display, and the wireless receiver; and
induction-based contactless charging, by a battery charger, the rechargeable battery,
wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field for charging the rechargeable battery from the received AC power.

57. As described above, Smart Play™ Products include or operate with a SMART Brick that is a device in a portable enclosure that comprises an accelerometer that produces, a first output signal responsive to an acceleration; a sensor having a sensor output that produces a second output signal responsive to a physical phenomenon; a display that visually displays information to a person and displays data received by the wireless receiver; an audible signaling component that emits an audible sound in response to the output signal and to the second output signal; a wireless receiver that receives data via a wireless RF signal carried over a wireless network; software and a processor for executing the software, the processor coupled to the wireless receiver for receiving data, to the accelerometer for receiving the output signal, and to the display for providing the information to be displayed; a processor that executes software that controls the display and the audible signaling component in response to the first output signal and to the second output signal;

and a rechargeable battery charging the processor, the sensor, the display, and the wireless receiver, and an enclosure housing the rechargeable battery, the processor, the accelerometer, and the display. In addition, Smart Play™ Products include a SMART charger that is a battery charger that performs induction-based contactless charging of the rechargeable battery, wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power carried in an electromagnetic field for charging the rechargeable battery from the received AC power.

58. LEGO Group has been and is now directly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’992 Patent, by making, using, selling and/or offering to sell the Smart Play™ Products in the United States or importing the Smart Play™ Products into the United States without authority and/or license from May Patents and is liable to May Patents under 35 U.S.C. § 271(a). In addition, LEGO Group has been aware of the ’992 Patent since before the release of the Smart Play™ Products in the United States and is now indirectly infringing, literally and/or under the doctrine of equivalents, one or more claims, including at least claim 1 of the ’992 Patent, by inducing its U.S. customers to infringe these claims.

59. As a result of LEGO Group’s infringement of the ’992 Patent, May Patents has suffered and continues to suffer damages. Thus, May Patents is entitled to recover from LEGO Group the damages May Patents sustained as a result of LEGO Group’s wrongful and infringing acts in an amount no less than a reasonable royalty, together with interest and costs fixed by this Court under 35 U.S.C. § 284.

60. LEGO Group has had actual notice of the ’992 Patent since at least February 8, 2026, and has known of its infringement, including by way of communications on and since February 8, 2026 and this lawsuit.

61. LEGO Group's infringement of the '992 Patent was, is, and continues to be deliberate and wilful because LEGO Group was and is on notice of the '992 Patent and how the Smart Play™ Products infringe at least claim 1 of the '992 Patent, yet it continued and continues to infringe the '992 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff May Patents respectfully requests that this Court enter:

A. A judgment that each of the Asserted Patents is valid and enforceable.

B. A judgment in favor of May Patents that the Defendants have and are infringing the Asserted Patents;

C. A judgment enhancing damages under 35 U.S.C. §284.

D. A judgment declaring that this case is exceptional within the meaning of 35 U.S.C. § 285;

E. A judgment and order requiring the Defendants to pay to May Patents its damages (including enhancements), costs, expenses, prejudgment and post-judgment interest, and attorneys' fees and costs, if applicable, for the Defendants' infringement of the Asserted Patents as provided under 35 U.S.C. §284 and/or §285, and an accounting of ongoing post-judgment infringement;

F. Any and all other relief, at law or in equity that this Court deems just or proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, May Patents hereby demands a trial by jury of all issues so triable.

Dated: September 15, 2026.

Respectfully submitted,

*/s/ Max Ciccarelli*

**Max Ciccarelli**
TBN: 00787242
**Ciccarelli Law Firm**
750 N. St. Paul St, Suite 200
Dallas, Texas 75201
Phone: 214-244-8869
Email: Max@CiccarelliLawFirm.com

*Counsel for Plaintiff May Patents Ltd.*